IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MORRIS DEAN DAVIS                                                                                        PLAINTIFF

v.                                            Case No. 3:12-CV-03116

SHERIFF DANNY HICKMAN;
GUARD JASON SILVA;
FORMER GUARD KENDRA COMBS                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 5) from Chief United States Magistrate Judge James R. Marschewski.  There have been no objections.[1]  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's Complaint be dismissed with prejudice as it is frivolous and fails to state a claim upon which relief may be granted.

The Clerk is directed to place a § 1915(g) strike flag on the case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation originally mailed to Plaintiff was returned marked as undeliverable. The Clerk of Court mailed the Report and Recommendation to Plaintiff's last known address at Boone County Jail.  Plaintiff has not provided the Court with a current address. It is Plaintiff's responsibility to keep his address current with the Court. Indeed, Plaintiff was advised by previous Order (Doc. 3) of this Court that "he is required to immediately inform the Court of any change of address . . . Failure to inform the Court of an address change may result in the dismissal of this case."